UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 06cr0203 JAH |
| Plaintiff, | ) |
| v. | ) **ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS REMAINING COUNTS** |
| COSME MEDINA-VILLA, | ) |
| Defendant. | ) |

Good cause appearing, IT IS HEREBY ORDERED Plaintiff's motion to dismiss any remaining counts is **GRANTED**.

DATED: August 20, 2007

HON. JOHN A. HOUSTON
United States District Judge